FILED
GREAT FALLS DIV

'07 JUL 30 PM 1 44

PATRICK ⁙ ⁙ ⁙ ⁙ CLERK
BY _____
        DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

### GREAT FALLS DIVISION

DONNA JUNE ENRIGHT,

                              Plaintiff,

vs.

JO ACTON, Warden, Montana State Prison;
ATTORNEY GENERAL OF THE STATE
OF MONTANA,

                              Defendants.

CAUSE NO. CV 07-35-GF-SEH

**ORDER**

United States Magistrate Keith Strong entered his Findings and Recommendation[1] on

June 28, 2007. Plaintiff filed objections on July 13, 2007. The Court reviews *de novo* findings

and recommendation to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no clear error in Judge Strong's Findings and

Recommendation and adopt them in full.

_____

[1] Docket No. 11.

-1-

ORDERED:

Plaintiff's Petition[2] is DISMISSED WITH PREJUDICE as time-barred.

The Clerk of Court is directed to enter judgment accordingly.

DATED this _30th_ day of July, 2007.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 1.